IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

      Plaintiff,                No. CIV S-08-0356 GEB DAD P

    vs.

S. FEUDNER, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' May 19, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 10, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' motion to dismiss. Defendants' reply, if any, shall be filed in accordance with Local Rule 78-230(m).

DATED: June 18, 2008.

                                               /s/ Dale A. Drozd
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
gold0356.36