IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

      Plaintiff,                    No. CIV S-08-0356 GEB DAD P

   vs.

S. FEUDNER, et al.,

      Defendants.             ORDER

_____/

      Pending before the court is plaintiff's request for entry of default judgment for defendant Feudner's alleged failure to file a timely answer.

      On January 26, 2009, the assigned district judge in this case granted in part and denied in part the defendant's motion to dismiss and instructed the defendant to file an answer in accordance with the Federal Rules of Civil Procedure. On February 6, 2009, defendant Feudner filed a timely answer. See Fed. R. Civ. P. 12(a)(4).

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 29, 2009 request for entry of default judgment (Doc. No. 23) is denied.

DATED: February 12, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gold0356.77