IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

    Plaintiff,                   No. CIV S-08-0356 GEB DAD P

    vs.

S. FEUDNER, et al.,

    Defendants.          <u>ORDER</u>

                         /

          Defendant Feudner has filed a motion to modify the scheduling order in this case in light of technical difficulties defense counsel encountered when attempting to take plaintiff's video deposition on January 8, 2010. Specifically, defendant Feudner requests an extension of time to take plaintiff's deposition and to file a dispositive motion in this matter.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Defendant's January 13, 2010 motion to modify the scheduling order (Doc. No. 31) is granted;

          2. Defendant Feudner shall take plaintiff's deposition on or before March 1, 2010;

          3. Defendant Feudner shall file any dispositive motion which he wishes to pursue on or before May 24, 2010; and

1

4. Except as set forth in this order, the court's September 21, 2009 scheduling order remains in effect.

DATED: January 14, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gold0356.41mod