1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWIN GOLDEN,

11          Plaintiff,                    No. CIV S-08-0356 GEB DAD P

12      vs.

13   S. FEUDNER, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  On May 24, 2010, defendant Feudner file a motion

18   for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff has not opposed

19   the motion.

20          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ."  On March 12, 2008, plaintiff was advised of the requirements

23   for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

24   waiver of opposition to the motion.

25          Local Rule 110 provides that failure to comply with the Local Rules "may be

26   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court."  In the order filed on March 12, 2008, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendant Feudner's motion for summary judgment filed on May 24, 2010.  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: July 6, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
gold.0356.46

2