IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN GOLDEN,

        Plaintiff,                    No. CIV S-08-0356 GEB DAD P

   vs.

S. FEUDNER, et al.,

        Defendants.         <u>ORDER</u>

_____/

          Following random assignment, this matter is now set for a settlement conference before the undersigned on June 15, 2011, at 1:30 p.m. in Courtroom 9.  A writ will issue at the appropriate time for plaintiff to appear at the settlement conference by way of video-conference. Only the date and time of the settlement conference as set forth in the minute order at docket # 60 has been modified, otherwise the procedures for submitting settlement conference statements and other instructions set forth therein are confirmed.

          IT IS SO ORDERED.

DATED: April 28, 2011

                                              /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
gold0356.set